UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS HIGGINS,

    Plaintiff,

    v.

HENRY RICHARDS, *et al.*,

    Defendants.

Case No. C05-5692 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. # 22) is **GRANTED**;

(3)     Plaintiff's Amended Complaint (Dkt. # 3) is **DISMISSED WITH PREJUDICE**; and

(4)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 26th day of October, 2006.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1